```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :      INDICTMENT

        -v.-                     :      08 CRIM 634

ANTHONY HILLARD,                 :

                Defendant.       :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 11 2008

## COUNT ONE

The Grand Jury charges:

1. On or about June 1, 2008, in the Southern District of New York, ANTHONY HILLARD, the defendant, unlawfully, intentionally and knowingly, did possess with intent to distribute a Schedule II controlled substance, to wit, approximately 28 individual plastic bags containing mixtures and substances that contain a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C)).

## COUNT TWO

The Grand Jury further charges:

2. On or about June 1, 2008, in the Southern District of New York, ANTHONY HILLARD, the defendant, unlawfully, willfully and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of

this Indictment, did use and carry a firearm, and in furtherance of such crime did possess a firearm, to wit, a 9mm Beretta handgun.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

COUNT THREE

The Grand Jury further charges:

3. On or about June 1, 2008, in the Southern District of New York, ANTHONY HILLARD, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about May 2, 1997, in New York Supreme Court, Bronx County, of Criminal Possession of a Loaded Firearm in the Third Degree, in violation of New York Penal Law 265.02, a Class D Felony, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a 9mm Beretta handgun, loaded with four Winchester 9mm Luger bullets, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY HILLARD,

Defendant.

INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(C); 18 U.S.C. §§ 922(g)(1),
924(c)(1)(A)(i))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*Post-It 11/1/87*

7/11/08 - Fld. Indictment, case assigned to Judge Berman.

Eaton, J. U.S.M.J.